```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                       15-20545-CR-LENARD/GOODMAN
 3

 4
    UNITED STATES OF AMERICA,     )
 5                                )
              PLAINTIFF,          )
 6                                )
         VS.                      )
 7                                )
    GUILLERMO A. SANCHEZ-BADIA,   )
 8                                )
                  DEFENDANT.      )
 9  _____)
10              (TRANSCRIPT BY DIGITAL RECORDING)
11
12         TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE
13  HONORABLE JOHN O'SULLIVAN, IN MIAMI, MIAMI-DADE COUNTY,
14  FLORIDA, ON JULY 23, 2015, IN THE ABOVE-STYLED MATTER.
15
16
    APPEARANCES:
17
    FOR THE GOVERNMENT:  MICHAEL BERGER, A.U.S.A.
18                       99 NE 4TH STREET
                         MIAMI, FL 33132 - 305 961-9294
19
    FOR THE DEFENDANT:   ALEXANDER G. STRASSMAN, ESQ.
20                       GRAY ROBINSON
                         333 S.E. 2ND AVENUE, SUITE 3200
21                       MIAMI, FL 33131 - 305 416-6880
22
23              CARL SCHANZLEH, RPR - CM
                 CERTIFIED COURT REPORTER
24                 9960 SW 4TH STREET
                 PLANTATION, FLORIDA 33324
25                    954 424-6723
```

```
 1    (MIAMI, MIAMI-DADE COUNTY, FLORIDA;  JULY 23, 2015, IN OPEN
 2    COURT.)
 3              THE COURT:  MR. MALONE, WILL YOU ASSIST THE P.D. AND
 4    PROVIDE WHATEVER INFORMATION YOU HAVE REGARDING YOUR CLIENT?
 5              MR. MALONE:  ABSOLUTELY.
 6              THE COURT:  OKAY.  GOOD.
 7              MR. STRASSMAN:  GOOD AFTERNOON, YOUR HONOR.  ALEX
 8    STRASSMAN WITH GRAY ROBINSON ON BEHALF OF MR. SANCHEZ.
 9              THE COURT:  WHAT'S YOUR LAST NAME?
10              MR. STRASSMAN:  STRASSMAN.
11              THE COURT:  OKAY.  MR. STRASSMAN, HOW COME YOUR CLIENT
12    DIDN'T SURRENDER TO THE MARSHALS TO BE PROPERLY PROCESSED?
13              MR. STRASSMAN:  I CAN EXPLAIN, YOUR HONOR.
14         THERE WAS A MISCOMMUNICATION AS TO TIME THAT HE NEEDED
15    TO BE HERE TODAY.
16              THE COURT:  WHAT WAS THE MISCOMMUNICATION?
17              MR. STRASSMAN:  HE THOUGHT THAT HE HAD TO BE HERE AT
18    1:30.
19              THE COURT:  OKAY.  I MEAN, WHY DO YOU THINK -- WHO
20    MISCOMMUNICATED THAT TO HIM?
21              MR. STRASSMAN:  I DON'T KNOW, YOUR HONOR.
22              THE COURT:  ALL RIGHT.  WELL, HE'S GOING TO COME HERE
23    AND SIT IN THE BOX AND BE -- I MEAN, I DON'T KNOW WHAT'S GOING
24    TO HAPPEN WITH HIM, BUT -- ARE YOU MAKING A TEMPORARY OR A
25    PERMANENT APPEARANCE?
```

```
 1             MR. STRASSMAN:  A TEMPORARY APPEARANCE, YOUR HONOR.
 2             THE COURT:  ALL RIGHT.
 3             MR. SANCHEZ-BADIA, YOU ARE HERE ON THE INITIAL
 4   APPEARANCE ON AN INDICTMENT THAT CHARGES YOU WITH A CONSPIRACY
 5   TO COMMIT WIRE FRAUD, WIRE FRAUD, CONSPIRACY TO COMMIT MONEY
 6   LAUNDERING AND MONEY LAUNDERING.
 7             MR. STRASSMAN INDICATES THAT HE IS GOING TO REPRESENT
 8   YOU, AT LEAST FOR BOND PURPOSES.  ARE YOU IN AGREEMENT WITH
 9   THAT?
10             THE DEFENDANT:  YES, SIR.
11             THE COURT:  OKAY.
12             WHAT'S THE GOVERNMENT'S RECOMMENDATION ON BOND?
13             MR. BERGER:  THE GOVERNMENT IS ASKING FOR PRETRIAL
14   DETENTION AND ASKS FOR THREE DAYS.
15             THE COURT:  OKAY.  I WILL SET IT FOR A DETENTION
16   HEARING THREE DAYS FROM TODAY, WHICH IS -- TODAY IS WHAT,
17   JULY --
18             THE CLERK:  THE 23RD.
19             THE COURT:  THE 28TH, IS THAT WHAT --
20             THE CLERK:  YEAH.  THAT WOULD BE TUESDAY, THE 28TH.
21             THE COURT:  OKAY.  FOR THE TUESDAY THE 28TH AT TEN
22   O'CLOCK.
23             AND, MR. SANCHEZ-BADIA, YOU WILL NEED TO TAKE A SEAT
24   IN THE JURY BOX THERE.  YOU ARE GOING TO HAVE TO BE HELD UNTIL
25   THEN.  THE GOVERNMENT IS AUTOMATICALLY ALLOWED A THREE DAY
```

1  CONTINUANCE IN ORDER TO PREPARE FOR A DETENTION HEARING.
2           ALL RIGHT.  ANYTHING ELSE FOR MR. SANCHEZ-BADIA?
3           WHAT ABOUT WHEN DO YOU WANT HIM FOR REPORT RE:
4  COUNSEL?
5           MR. STRASSMAN:  COULD WE DO THAT TUESDAY AS WELL?
6           THE COURT:  YES.  SURE.  THAT'S A GOOD IDEA.
7           MR. STRASSMAN:  OKAY.
8           THE COURT:  OKAY.
9           MR. STRASSMAN:  JUST ONE THING TO KNOW, YOUR HONOR.
10          THE COURT:  YES.
11          MR. STRASSMAN:  I'M NOT SURE IF -- I UNDERSTAND THE
12 AUTOMATIC THREE DAY EXTENSION --
13          THE COURT:  THE ELEVENTH CIRCUIT SAYS THAT IF THE
14 GOVERNMENT ASKS FOR THREE DAYS THEY GET IT IN ORDER TO PREPARE
15 FOR A --
16          MR. STRASSMAN:  NO.  UNDERSTOOD.  I WOULD JUST WANT TO
17 PUT ON THE RECORD THAT MR. SANCHEZ HAS SIGNIFICANT HEALTH
18 ISSUES WHICH WAS WHY HE WAS NOT TAKEN INTO CUSTODY AT THE TIME
19 THAT THE ARREST WARRANT WAS EXECUTED.
20          THE COURT:  I SEE.  OKAY.
21          IS THE GOVERNMENT FAMILIAR WITH THAT?
22          MR. BERGER:  THAT IS WHY -- THIS IS A CASE FROM D.C.
23 AND WE ARE RUNNING THE REQUEST FROM D.C.  I AM NOT FAMILIAR
24 WITH THE EXACT -- I KNOW THAT THE BOP HAS HAD ISSUES IN THE
25 PAST ON PARTICULAR HEALTH ISSUES, BUT I'M NOT AWARE THAT THERE

1  IS ANYTHING PRESSING AT THIS MOMENT THAT I'M AWARE OF THAT
2  WOULD --
3          THE COURT:  WELL, IT'S KIND OF UNUSUAL.  YOU TELL THE
4  GUY, I'M NOT GOING TO ARREST.  COME IN BECAUSE OF HEALTH
5  ISSUES, AND THEN TELL HIM WE ARE -- YOU'RE ASKING FOR
6  DETENTION.
7          MR. BERGER:  I UNDERSTAND.  AND I AM PASSING ON THE
8  RECOMMENDATION THAT'S BEING MADE BY MY COLLEAGUES IN
9  WASHINGTON.
10         MR. STRASSMAN:  I CAN RAISE SOME OF THOSE HEALTH
11 ISSUES.  I ALSO KNOW THAT --
12         THE COURT:  WELL, YOU WANT TO PUT THEM ON THE RECORD.
13 I MEAN, I WILL ASK THE MARSHALS TO MAKE SURE THAT HE'S GOT
14 SIGNIFICANT HEALTH ISSUES.  HE NEEDS TO SEE THE MEDICAL UNIT AS
15 SOON AS HE IS BROUGHT OVER TO THE BUREAU OF PRISONS.
16         THE DEPUTY MARSHAL:  YES, YOUR HONOR.
17         MR. STRASSMAN:  INCLUDING MEDICATIONS AS WELL,
18 OBVIOUSLY.
19         THE COURT:  WELL, HE IS NOT GOING TO BE ABLE TO BRING
20 HIS OWN MEDICATION --
21         MR. STRASSMAN:  OH, NO.  THAT I KNOW.  JUST TO ADDRESS
22 IT WITH THE MEDICAL PERSONNEL.
23         THE COURT:  IF YOU WANT, YOU CAN PROVIDE SOME NOTES TO
24 THE MARSHALS WHO --
25         MR. STRASSMAN:  I HAVE.

```
 1            THE COURT:  OH, YOU HAVE.
 2            MR. STRASSMAN:  OH, NO.  I HAVE NOTES THAT I WILL
 3   PROVIDE.
 4            THE COURT:  OKAY.  SO HE IS GOING TO SUPPLY SOME NOTES
 5   THAT YOU CAN GIVE TO THE BUREAU OF PRISONS.
 6            OKAY.  ANYTHING ELSE FOR MR. SANCHEZ-BADIA?
 7            MR. BERGER:  NO, YOUR HONOR.
 8            MR. STRASSMAN:  NOT UNTIL TUESDAY.  THANK YOU.
 9            THE COURT:  OKAY.  THANKS A LOT.
10                              - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

    I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 6 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF MIAMI, FLORIDA, IN THE MATTER THEREIN STATED.

    IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 5TH DAY OF SEPTEMBER 2015.

/S/CARL SCHANZLEH
CARL SCHANZLEH, RPR-CM
CERTIFIED COURT REPORTER
9960 SW 4TH STREET
PLANTATION, FL 33324
TELEPHONE 954 424-6723