**Gilbert G. Concepcion, M.D.**

INTERVENTIONAL CARDIOLOGY & ELECTRO PHYSIOLOGY
ASST. CLINICAL PROFESSOR
UNIVERSITY OF MIAMI SCHOOL OF MEDICINE

August 20, 2015

To Who May Concern:

Mr: Guillermo Sanchez is a 60 year old Hispanic male, who is a known patient of mine with an extensive history of obstructive coronary artery disease along with chronic systemic arterial hypertension, diabetes mellitus, dyslipidemia, obesity consistent with the metabolic syndrome. In December 16, 2014, the patient underwent multi vessel percutaneous coronary intervention with placement of three intracoronary stents at Mount Sinai Medical Center in Miami Beach.

Subsequently on May 28, 2015 this patient underwent successful multi vessel percutaneous coronary intervention due to re-stenosis of the previously intervened left side coronary vessel at Mercy Hospital in Miami. However, this patient was to return to undergo percutaneous coronary intervention of the right coronary artery vessel due to multiple severe obstructive lesions which are attributive to his current angina symptoms.

His present cardiac condition is tenuous and further delay in providing mechanical revascularization of this severely obstructed vessel, will seriously contribute to an adverse health care outcome in which it has the certain potential of a catastrophic cardiac event.

Again, it is imperative, to avoid an unnecessary life threatening cardiac situation, that this patient be allowed to continue his much needed revascularization procedure and cardiac care.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Gilbert G Concepcion MD

7100 West 20th Ave, Suite 806, Hialeah, Florida 33016    6140 SW 70 Street, Second Floor, Miami, Florida 33143
Tel: 305.400.8600   •   Fax: 877.221.8306