Jul. 27. 2015 10:26AM                                                          No. 5299    P. 2

July 24, 2015

Re: SANCHEZ BADIA, GUILLERMO
DOB: 09/22/1954

To Whom It May Concern:

This letter is to document that Mr. Guillermo Sanchez Badia is a patient under my care. He is being treated for severe coronary artery disease having required in the last six months complex coronary angioplasties.

Initially, he was evaluated for coronary bypass surgery, but this procedure was canceled after he was determined to have significant underlying pulmonary disease (bronchiolitis obliterans) which increased his surgical risk markedly.

In addition, Mr. Guillermo Sanchez Badia has a history of recurrent atrial fibrillation, a cardiac arrhythmia which requires antiarrhythmic treatment.

Significant contributors to his underlying heart disease include a history of hypertension, diabetes, elevation of blood lipids. In addition, he suffers recurrent gouty attacks, requiring medication.

His list of medications consist of aspirin and Plavix prescribed for anticoagulation; allopurinol for gout, Lipitor for elevated lipids, carvedilol, enalapril, furosemide for hypertension, glimepiride for diabetes, and propafenone as an antiarrhythmic.

He requires regular follow-up at intervals of two to three months.

Jose R. Pinero, MD, FACC

329951_LT_jpinero_ddfernandes_SANCHEZBADIA-GUILLERMO-07242015                07/27/2015