# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SANCHEZ-BADIA, GUILLERMO | | Reg #: | 31054-016 |
| Date of Birth: | 09/22/1954 | Sex: M   Race: WHITE | Facility: | MIM |
| Encounter Date: | 08/28/2015 11:52 | Provider: McKittrick, Robert MD | Unit: | F07 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** McKittrick, Robert MD

**Chief Complaint:** GENERAL

**Subjective:** 60 year old Hispanic male, care level 3, currently in hold-over status not designated to FDC Miami; per
'Patient Care Program Statement", HSD/HPB #6031.03, with a significant history of PPD = 0mm (07/25/15), morbid obesity, hypertension, hyperlipidemia, diabetes mellitus (type II), metabolic syndrome, chronic obstructive pulmonary disease (COPD), arteriosclerotic cardiovascular disease (ASCVD) s/p angioplasty w/ 3 stents placed 12/16/14 (Mount Sinai Medical Center, Miami Beach)   restenosis and s/p angioplasty w/ 4 stents placed 05/28/15 (Mercy Hospital, Miami, Florida) [total of seven cardiac stents], congestive heart failure, cardiomegaly, gout; who states "generally good, however, I have problems with breathing when I walk... I also gained 10 lbs since I've been here".

MEDICAL INTAKE (07/24/15): completed
HISTORY & PHYSICAL (08/03/15): completed
CXR (07/27/15): cardiomegaly, right pleural effusion, mild CHF
LAB (07/27/15): cbc, cmp, lipids, urinalysis, TSH = unremarkable; glucose = 120, a-1-c = 8.2, urine microalbumin >29.0, trig = 184, hdl = 29, ldl = 49, cl = 109, serum osmolality = 288.8PT/INR = 11.7 / 0.90, PTT = 24.1 (26-34),

**Pain:** No

**Seen for clinic(s):** Cardiac, Diabetes, Hypertension
**Added to clinic(s):** Cardiac, Diabetes, Hypertension

**ROS:**

**General**

**Constitutional Symptoms**
Yes: Easily Tired
No: Anorexia, Chills, Fatigue, Fever

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/28/2015 | 12:14 MIM | 98.3 | 36.8 | Oral | McKittrick, Robert MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/28/2015 | 12:14 MIM | 79 | Brachial | Regular | McKittrick, Robert MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/28/2015 | 12:14 MIM | 16 | McKittrick, Robert MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

| Inmate Name: | SANCHEZ-BADIA, GUILLERMO | | | Reg #: | 31054-016 |
|---|---|---|---|---|---|
| Date of Birth: | 09/22/1954 | Sex: M | Race: WHITE | Facility: | MIM |
| Encounter Date: | 08/28/2015 11:52 | Provider: | McKittrick, Robert MD | Unit: | F07 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/28/2015 | 12:14 MIM | 168/82 | Left Arm | Sitting | Adult-regular | McKittrick, Robert MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/28/2015 | 12:14 MIM | 95 | | McKittrick, Robert MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 08/28/2015 | 12:14 MIM | 70.0 | 177.8 | McKittrick, Robert MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/28/2015 | 12:14 MIM | 317.0 | 143.8 | | McKittrick, Robert MD |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed
  **Skin**
    **General**
      Yes: Within Normal Limits, Dry, Skin Intact
  **Head**
    **General**
      Yes: Symmetry of Motor Function, Atraumatic/Normocephalic
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
  **Ears**
    **Tympanic Membrane**
      Yes: Within Normal Limits
    **Canal**
      Yes: Within Normal Limits
  **Neck**
    **General**
      Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Observation**
      Yes: Within Normal Limits
    **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G
  **Peripheral Vascular**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SANCHEZ-BADIA, GUILLERMO | | | | Reg #: | 31054-016 |
| Date of Birth: | 09/22/1954 | Sex: | M    Race:   WHITE | | Facility: | MIM |
| Encounter Date: | 08/28/2015 11:52 | Provider: | McKittrick, Robert MD | | Unit: | F07 |

**Exam:**
- **General**
  - Yes: Within Normal Limits
- **Abdomen**
  - **Inspection**
    - Yes: Obese
- **Neurologic**
  - **Cranial Nerves (CN)**
    - Yes: Within Normal Limits
  - **Motor System-General**
    - Yes: Normal Exam

**Exam Comments**
GNERAL: morbidly obese,
MOUTH: (+) poor dentition,
(+) round, dark, lesion on upper left inner mouth (just superior to teeth) -- patient states he has had this for his entire life (Birthmark), which has been investigate in the past and found to be benign.
SKIN: (+) acanthosis nigrans (pannus, bilateral anterior shins); also in folds of pannus = red, irritated, scaled areas.
SKIN: (+) cherry angiomata on trunk (non-blanching)
LUNGS: clear to auscultation
CARDIAC: very distant sounds, secondary to body habitus
LOWER LIMBS: (+) ancanthosis nigrans, (+3) pitted edema.
NEURO: CN II-XII intact, motor 5/5, sensory = grossly intact, DTRs = 2+

**ASSESSMENT:**

Atherosclerosis coronary of native coronary artery, 414.01 - Current, Chronic, Not Improved/Same

Cardiomegaly, 429.3 - Current, Chronic, Not Improved/Same

Congestive heart failure, unspecified, 428.0 - Current, Chronic, Not Improved/Same

COPD, Chronic airway obstruction, not elsewhere, 496 - Current, Chronic, Not Improved/Same

Diabetes mellitus, type II (adult-onset), 250.00 - Current, Chronic, Not Improved/Same

Gout, unspecified, 274.9 - Current, Chronic, Marked Improvement

Hypertension, Unspecified essential, 401.9 - Current, Chronic, Worsened - *patient didn't take his meds today*

Morbid obesity, 278.01 - Current, Chronic, Worsened

Other and unspecified hyperlipidemia, 272.4 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Inmate Name: | SANCHEZ-BADIA, GUILLERMO | | Reg #: 31054-016 |
| Date of Birth: | 09/22/1954 | Sex: M  Race: WHITE | Facility: MIM |
| Encounter Date: | 08/28/2015 11:52 | Provider: McKittrick, Robert MD | Unit: F07 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Furosemide Tablet | 08/28/2015 11:52 | 80 mg Orally - daily x 180 day(s) |

**Indication:** Hypertension, Unspecified essential, Atherosclerosis coronary of native coronary artery

**One Time Dose Given:** No

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 105001-MIM | Albuterol Inhaler HFA (6.7 GM) 90mcg | 08/28/2015 11:52 | Inhale 1 to 2 purffs daily AS NEEDED as directed x 180 day(s) |

**Indication:** COPD, Chronic airway obstruction, not elsewhere

**One Time Dose Given:** No

| | | | |
|---|---|---|---|
| 105002-MIM | Allopurinol 100 MG Tab | 08/28/2015 11:52 | Take one tablet by mouth each day x 180 day(s) |

**Indication:** Gout, unspecified

**One Time Dose Given:** No

| | | | |
|---|---|---|---|
| 105003-MIM | Aspirin, E.C. 325 MG Tab | 08/28/2015 11:52 | Take one tablet by mouth each day x 180 day(s) |

**Indication:** Hypertension, Unspecified essential, Atherosclerosis coronary of native coronary artery, Diabetes mellitus, type II (adult-onset)

**One Time Dose Given:** No

| | | | |
|---|---|---|---|
| 105004-MIM | Atorvastatin 40 MG TAB | 08/28/2015 11:52 | Take one tablet by mouth at bedtime x 180 day(s) |

**Indication:** Atherosclerosis coronary of native coronary artery

**One Time Dose Given:** No

| | | | |
|---|---|---|---|
| 105005-MIM | Carvedilol 25 MG Tab | 08/28/2015 11:52 | Take one tablet by mouth twice daily x 180 day(s) |

**Indication:** Hypertension, Unspecified essential, Atherosclerosis coronary of native coronary artery

**One Time Dose Given:** No

| | | | |
|---|---|---|---|
| 105207-MIM | Clopidogrel Bisulfate 75 MG Tab | 08/28/2015 11:52 | Take one tablet by mouth each day x 180 day(s) |

**Indication:** Hypertension, Unspecified essential, Atherosclerosis coronary of native coronary artery

**One Time Dose Given:** No

| Inmate Name: | SANCHEZ-BADIA, GUILLERMO | | | Reg #: | 31054-016 |
|---|---|---|---|---|---|
| Date of Birth: | 09/22/1954 | Sex: M Race: WHITE | | Facility: | MIM |
| Encounter Date: | 08/28/2015 11:52 | Provider: McKittrick, Robert MD | | Unit: | F07 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 105040-MIM | glipiZIDE 5 MG TAB | 08/28/2015 11:52 | Take one tablet by mouth each day x 180 day(s) |

    **Indication:** Diabetes mellitus, type II (adult-onset)

    **One Time Dose Given:** No

| 105041-MIM | Lisinopril 20 MG Tab | 08/28/2015 11:52 | Take one tablet by mouth daily x 180 day(s) |
|---|---|---|---|

    **Indication:** Hypertension, Unspecified essential

    **One Time Dose Given:** No

| 105042-MIM | Nitroglycerin SL 0.4 MG Tab | 08/28/2015 11:52 | -- Note: one dose every 15 min for a max of 3 doses for chest pain (dissolve tablet under the tongue)*** x 180 day(s) |
|---|---|---|---|

    **Indication:** Atherosclerosis coronary of native coronary artery

    **One Time Dose Given:** No

| 105043-MIM | Potassium Chloride 10 mEq ER Tab | 08/28/2015 11:52 | Take one tablet by mouth each day x 180 day(s) |
|---|---|---|---|

    **Indication:** Hypertension, Unspecified essential, Atherosclerosis coronary of native coronary artery

    **One Time Dose Given:** No

| 105044-MIM | Propafenone 150 MG Tab | 08/28/2015 11:52 | Take one tablet by mouth three times daily - to prevent atrial fibrillation/flutter x 180 day(s) |
|---|---|---|---|

    **Indication:** Cardiomegaly, Hypertension, Unspecified essential, Atherosclerosis coronary of native coronary artery

    **One Time Dose Given:** No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| *105039-MIM* | *Furosemide 40 MG Tab* | *08/28/2015 11:52* | *Take one tablet by mouth each morning* |

    **Discontinue Type:** When Pharmacy Processes

    **Discontinue Reason:** *new order written*

    **Indication:**

    **One Time Dose Given:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SANCHEZ-BADIA, GUILLERMO | | | | Reg #: | 31054-016 |
| Date of Birth: | 09/22/1954 | Sex: | M | Race: WHITE | Facility: | MIM |
| Encounter Date: | 08/28/2015 11:52 | Provider: | McKittrick, Robert MD | | Unit: | F07 |

| | | | |
|---|---|---|---|
| Cardiology | 10/09/2015 | Urgent | No |

**Subtype:**
    Offsite Appt

**Reason for Request:**
    PLEASE EVALUATE AND TREAT:

    60 year old Hispanic male, care level 3, currently in hold-over status not designated to FDC Miami; per 'Patient Care Program Statement", HSD/HPB #6031.03, with a significant history of PPD = 0mm (07/25/15), morbid obesity, hypertension, hyperlipidemia, diabetes mellitus (type II), metabolic syndrome, chronic obstructive pulmonary disease (COPD), arteriosclerotic cardiovascular disease (ASCVD) s/p angioplasty w/ 3 stents placed 12/16/14 (Mount Sinai Medical Center, Miami Beach)   restenosis and s/p angioplasty w/ 4 stents placed 05/28/15 (Mercy Hospital, Miami, Florida) [total of seven cardiac stents], congestive heart failure, cardiomegaly, gout.

    NOTE: Medical report from Dr. Gilbert Concepcion MD (cardiologist) states patient needs percutaneous coronary intervention of RCA

**Provisional Diagnosis:**
    arteriosclerotic cardiovascular disease (ASCVD), s/p angioplasty w/7 cardiac stents, congestive heart failure, cardiomegaly,  also please evaluate for blockage of PCA.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | 60 year old Hispanic male, care level 3, currently in hold-over status not designated to FDC Miami; per 'Patient Care Program Statement", HSD/HPB #6031.03, with a significant history of PPD = 0mm (07/25/15), morbid obesity, hypertension, hyperlipidemia, diabetes mellitus (type II), metabolic syndrome, chronic obstructive pulmonary disease (COPD), arteriosclerotic cardiovascular disease (ASCVD) s/p angioplasty w/ 3 stents placed 12/16/14 (Mount Sinai Medical Center, Miami Beach) restenosis and s/p angioplasty w/ 4 stents placed 05/28/15 (Mercy Hospital, Miami, Florida) [total of seven cardiac stents], congestive heart failure, cardiomegaly, gout; please obtain routine EKG per hypertensive protocol. | McKittrick, Robert MD |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 09/11/2015 00:00 | Physician 01 |

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SANCHEZ-BADIA, GUILLERMO | | | Reg #: | 31054-016 |
| Date of Birth: | 09/22/1954 | Sex: M | Race: WHITE | Facility: | MIM |
| Encounter Date: | 08/28/2015 11:52 | Provider: | McKittrick, Robert MD | Unit: | F07 |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

PROBLEM LIST
1.) PPD = 0mm (07/25/15):  CXR (07/27/15): cardiomegaly, right pleural effusion, mild CHF
2.) morbid obesity: wgt = 317 lbs, discussed food and exercise choices (i.e. walking) with patient
3.) hypertension: BP = 168/82,  will order EKG, will monitor, continue meds (PATIENT DIDN'T TAKE HIS MEDS TODAY), instructed patient on importance of compliance
4.) hyperlipidemia: LAB (07/27/15)  trig = 184, hdl = 29, LDL = 49; discussed food choices, will monitor, continue meds
5.) diabetes mellitus (type II):  LAB (07/27/15) glucose = 120, a-1-c = 8.2,  discussed food & exercise choices, discussed and educated patient on his condition, will monitor, continue meds.
6.) metabolic syndrome: stable, will monitor,
7.) chronic obstructive pulmonary disease (COPD):  PEAK FLOWS =  250, 210, 240, will monitor, continue meds
8.) arteriosclerotic cardiovascular disease (ASCVD): s/p angioplasty w/ stent placement 12/16/14 (Mount Sinai Medical Center, Miami Beach) restenosis and s/p angioplasty and stent replacement 05/28/15 (MERCY HOSPITAL, Miami, Florida)  medical report from Dr. Gilbert Concepcion MD (cardiologist) states patient needs percutaneous coronary intervention of RCA   will place cardiology consult
9.) congestive heart failure / cardiomegaly: stable, will monitor, continue meds, increase Lasix to 80mg/day
10) gout: stable, educated patient on food choices
11) general medicine: will have medical record release signed for above hospitals, labs ordered and pending.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/28/2015 | Counseling | Plan of Care | McKittrick, Robert | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by McKittrick, Robert MD on 08/28/2015 13:08