**ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LIMITED**
*Member of Caribbean Association of Banks*

3 September 2015

ACE Tools and Supplies
20904 S W 88 Place
Cutler Bay
Florida
USA 33189

**Attn: Mr Guillermo Sanchez**

Dear Mr Sanchez

**Re: C/A 42487 Ace Tools & Supplies**

Further to your email request dated 15 December 2014, we confirm that the captioned account was closed on 18 December 2014.

The balance on the account was US$290.82, and after the payment of bank charges, the amount of US$197.34 was wired to Wells Fargo bank, for an account in the name of Isabel M Sanchez.

Sincerely

Nicole Gumbs
Manager
Accounts Department