UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No.: 1:10CR00105-GK

GUILLERMO SANCHEZ,

    Defendant.
_____/

## DEFENDANT GUILLERMO SANCHEZ'S MOTION FOR PERMISSION TO TRAVEL FOR BUSINESS PURPOSES

COMES NOW Defendant, Guillermo Sanchez, by and through his undersigned attorney and moves this Honorable Court for Permission to Travel for Business Purposes and for reasons therefore states as follows:

1.    Pursuant to order from U.S. Probation Southern District of Florida, Guillermo Sanchez on or about April 8, 2012 was recalled from his business in Puerto Rico to Miami Florida because of allegations of community service hours reporting violations. Guillermo Sanchez has been in Miami Florida since April 8, 2012 unable to travel to his business in Puerto Rico.

2.    Pursuant to this Court's Order at sentencing on November 1, 2010, Mr. Sanchez was permitted to travel freely inside and outside of the United States.

3.    Because of the present travel restrictions imposed on him, Mr. Sanchez has been unable to attend to urgent business matters concerning his lumber business in Puerto

*ATTACHMENT C*

Rico. It is absolutely necessary to maintain economic support for him and his family that he be able to attend to business matters in Puerto Rico.

4. Undersigned council for Defendant has spoken with A.U.S.A. Patrick Donley who has no objection concerning Guillermo Sanchez's travel and stay in Puerto Rico for business purposes provided that travel be coordinated with U.S. Probations Miami and that his stay in Puerto Rico be limited to one (1) week. Mr. Sanchez's next scheduled hearing is before this Court on July 12, 2012. A.U.S.A. Donley also asks that Guillermo Sanchez surrender his U.S Pass Port to his attorney A.P. Walter, Jr. immediately and forwarded to A.U.S.A Patrick Donely to be held until further order of the Court.

5. Further, undersigned council has spoken with U.S Probations Miami officer John Steinhiber (305-259-1307) who has no objection to the granting of this motion.

WHEREFORE Defendant, Guillermo Sanchez, respectfully moves this Honorable Court for permission to travel for business purposes to Puerto Rico with restrictions imposed as herein above set forth.

Respectfully submitted,

A.P.WALTER, JR., P.A.

By: /s/ A.P. Walter, Jr.
A.P.Walter, Jr.
Fla. Bar No. 158943
Pro Hac Vice
321 N.E 26th Street
Miami, Florida 33137
(305) 438-0854

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 7th day of June 2012, that a copy of the forgoing has been sent VIA E-MAIL to the Asst. U.S. Attorney Patrick M. Donley, Patrick.Donley2@usdoj.gov, and to United States Probation Officer Danny M. Thomas Danny_Thomas@dcp.uscourts.gov.

/s/ A.P. Walter, Jr.
A.P.Walter, Jr.