UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20545-CR-LENARD

UNITED STATES OF AMERICA,

    **Plaintiff,**

vs.

**GUILLERMO A. SANCHEZ-BADIA,
ISABEL C. SANCHEZ,
    and
GUSTAVO J. GIRAL,**

    **Defendants.**

_____/

## FORFEITURE MONEY JUDGMENT

THIS CAUSE is before the Court upon the motion of the United States of America (hereinafter "United States") for entry of a forfeiture money judgment against Guillermo A. Sanchez-Badia, Isabel C. Sanchez and Gustavo J. Giral (collectively the "Defendants"), pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Fed.R.Crim.P.32.2(b)(2). Being fully advised in the premises, the Court finds as follows:

    1.    On January 16, 2015, Defendants were charged by way of Indictment with Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349 (Count 1), Wire Fraud, in violation of Title 18, United States Code, Section 1343 (Count 2), and Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h) (Count 9), amongst other charges. [ECF No. 3].

    2.    The Indictment further alleged that upon conviction of a violation of Title 18,

United States Code, Section 1343 or 1349, the Defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to said violations, pursuant to Title 18, United States Code, Section 981(a)(1)(C); and, the Indictment also provided that upon conviction of a violation of Title 18, United States Code, Section 1956, the Defendants shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1). The Indictment further provided as subject to forfeiture approximately $41,924,418.00, which represents the amount of money derived from the commission of the alleged wire fraud and money laundering offenses. [ECF No. 3].

3. On February 26, 2016 and March 21, 2016, the Defendants pled guilty to Counts 1, 2 and 9 of the Indictment. As part of their plea, the Defendants agreed to the entry of a forfeiture order in the amount of $41,924,418.00. [ECF Nos. 72, 74 and 84].

4. The entry of an order of forfeiture in the form of a personal money judgment against the Defendants is specifically authorized by Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

Therefore, upon motion of the United States, and for good cause shown, it is hereby **ORDERED** that:

1. A money judgment in the amount of $41,924,418.00 is hereby entered against Guillermo A. Sanchez-Badia, Isabel C. Sanchez and Gustavo J. Giral, jointly and severally, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1).

2. The United States may seek collection of the money judgment by attachment, garnishment, execution, or any other legal remedy on any property or asset belonging to Defendants, or in which the Defendants have an interest, in order to satisfy the money judgment.

3.  Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order shall become final as to the Defendants at the time of their sentencing and shall be made part of the sentence of the Court and included in the judgment in this cause.

4.  The United States District Court shall retain jurisdiction in this matter for the purpose of enforcing this judgment.

**DONE and ORDERED** in Chambers, in Miami, Florida this 10 day of May, 2016.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

2