# Exhibit 1

## BRAGG ASSOCIATES - Atlanta, GA

### LIFE EVALUATION

| | |
|---|---|
| Personal Actuarial Service For | Guillermo Sanchez-Badia |
| Date of Birth | 9/22/1954 |
| Age Nearest Birthday | 62 |
| Sex | MALE |
| Smoking Status | NONSMOKER |
| Major Health Problems Assumed If Any | Arteriosclerotic cardiovascular disease<br>Cardiomegaly<br>Chronic kidney disease<br>Chronic obstructive pulmonary disease<br>Congestive heart failure<br>Depression<br>Diabetes<br>Gout<br>Hyperlipidemia<br>Hypertension<br>Morbid obesity |
| As of Date | 5/13/2016 |
| Requested by | Gray/Robinson |
| Prepared by | Faye S. Albert, FSA<br>Albert Associates |
| Life Expectancy (Years) For a standard nonsmoker with no ailments | 24.94 |
| Mortality Factor | 486% |
| Life Expectancy (Years) | 13.63 |

Cumulative expected deaths for the mortality factor above

| Year | Prob Death EOY | Year | Prob Death EOY | Year | Prob Death EOY |
|---|---|---|---|---|---|
| 1 | 3.39% | 16 | 62.09% | 31 | 98.74% |
| 2 | 6.83% | 17 | 65.91% | 32 | 99.27% |
| 3 | 10.29% | 18 | 69.54% | 33 | 99.60% |
| 4 | 13.75% | 19 | 72.98% | 34 | 99.80% |
| 5 | 17.26% | 20 | 76.24% | 35 | 99.90% |
| 6 | 20.87% | 21 | 79.35% | 36 | 99.95% |
| 7 | 24.65% | 22 | 82.24% | 37 | 99.98% |
| 8 | 28.61% | 23 | 84.88% | 38 | 99.99% |
| 9 | 32.74% | 24 | 87.30% | 39 | 100.00% |
| 10 | 36.99% | 25 | 89.54% | | |
| 11 | 41.30% | 26 | 91.63% | | |
| 12 | 45.62% | 27 | 93.57% | | |
| 13 | 49.88% | 28 | 95.32% | | |
| 14 | 54.05% | 29 | 96.79% | | |
| 15 | 58.13% | 30 | 97.93% | | |

The actuary who prepared this report, named above, is a member of the American Academy of Actuaries and meets the Qualification Standards of the American Academy of Actuaries to render the actuarial opinion contained herein.

This Life Evaluation is based on (1) Bragg Life Tables (ultimate), which are age, sex, and smoking status distinct, and (2) very extensive statistical data relating to the morbidity and mortality of persons with and without numerous medical ailments.

This is an actuarial service based on known historical results.  It is customized for the circumstances of an individual, as provided.  However, it is not, and is not intended to be, a medical prognosis for the individual.

Copyright 2006 John M. Bragg and Associates, Inc.  All rights reserved.

**JOHN M. BRAGG AND ASSOCIATES, INC.**