# IN THE UNITED STATES DISTRICT FOURT

## Southern District of Florida Miami Division

FILED by _JC_ D.C.

JUL 14 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.          Cr. Case No: 15-20545-CR-LENARD-1

**GUILLERMO A. SANCHEZ-BADIA,**

    **Movant.**

**DEFENDANT'S MOTION TO DISMISS HIS PREVIOUSLY FILED "MOTION TO COMPEL ATTORNEY JOEL HIRSCHHORN TO SURRENDER PETITIONER'S CASE FILE IN CR. CASE NO: 15-20545-CR-LENARD-1;" AS MOOT, WITHOUT PREJUDICE**

    COMES NOW the Petitioner, Guillermo A. Sanchez-Badia, pro se, and humbly moves this Court to dismiss his previously filed motion to Compel his previous attorney to surrender the case file he created in representing Petitioner in the above entitled criminal case. In support of this humble request, Petitioner avers:

    1. On June 23, 2017, Petitioner filed his Motion to Compel Attorney Joel Hirshhorn to Surrender Petitioner's Case File.

    2. In response to Petitioner's Motion to Compel... Attorney Joel Hirshhorn has now surrendered three-large boxes containing Petitioner's case file to his wife, Mrs. Isabel Sanchez. As such, Petitioner now has access to the documents necessary for preparing his Memorandum of Points and Authorities in support of his now-pending 2255 Motion. Accordingly, Petitioner asserts that he will have his Memorandum of Points and Authorities respectfully filed in this Honorable Court, on or before August 01, 2017.

1

WHEREFORE, premised considered, Petitioner humbly moves this Court to grant this motion based on its merits.

DATE: 07/13/2017

Respectfully submitted,

_____
Isabel M. Sanchez (Wife)
Signing for Guillermo A. Sanchez-Badia
as next of friend.

DISCLOSURE: I, Isabel M. Sanchez, am signing this document as "next of friend" on behalf of my husband, Guillermo A. Sanchez-Badia, for the following reasons:

1. Although legal documents have been mailed directly to Guillermo A. Sanchez-Badia correct address where he is confined, the Prison Mail Room has misplaced his legal mail on multiple occasions; thus, taking as long as 10-days from the date of receipt in which to hand his mail to him. Accordingly, the Prison Mail Rooms late delivery places an undue prejudice upon him. As such, I humbly submit that the Defendant, Guillermo A. Sanchez-Badia, has given me permission to sign this document as "Next of Friend."

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July 2017, I mailed the foregoing by U.S. Mail to the following:

UNITES STATES ATTORNEY'S OFFICE
99 NE 4th St,
Miami, FL 33132

DATE: 07/13/2017

Respectfully submitted,

_____
Isabel M. Sanchez (Wife)
Signing for Guillermo A. Sanchez-Badia
as next of friend.

DISCLOSURE: I Isabel M. Sanchez, am signing this document as "next of friend" on behalf of my husband, Guillermo A. Sanchez-Badia, for the following reasons:

1. Although legal documents have been mailed directly to Guillermo A. Sanchez-Badia correct address where he is confined, the Prison Mail Room has misplaced his legal mail; thus, taking as long as 10-days from the date of receipt in which to hand his mail to him. Accordingly, the Prison Mail Rooms late delivery places an undue prejudice upon him. As such, I humbly submit that I am forced to sign for my husband as "Next of Friend."