# Baptist Hospital of Miami

## 8900 N Kendall Dr., Miami, FL 33176

## (786) 596-1960

## Discharge Instructions, Orders and Medications

**Name:** Sanchez, Guillermo A
**Current Date:** 08/04/2021 20:36:53
**DOB:** 09/22/1954  **MRN:** 1800309  **FIN:** 909738340
**Patient Address:** 1800 SANS SOUCI BLVD North Miami FL 33181
**Patient Phone:** (305)905-7154
**Mobile Phone:**
**Email:** isabel.sanchez87@yahoo.com
**Attending Physician:** Vega, Rafael G MD
**Primary Care Provider**
  **Name:** No PCP, NO PCP
  **Phone:**
**Discharge Diagnosis:** 1:Acute ischemic left middle cerebral artery (MCA) stroke; 2:Acute ischemic left anterior cerebral artery (ACA) stroke; 4:Atrial fibrillation; 5:History of cardioversion; Acute respiratory failure; CAD (coronary artery disease); CKD (chronic kidney disease); Cardiomyopathy; Chronic systolic (congestive) heart failure; Diabetes; Gout; Groin pain; Hyperlipidemia; Morbid obesity; OSA (obstructive sleep apnea); Oropharyngeal dysphagia; Paroxysmal atrial fibrillation; Peripheral artery disease
**Discharged To:** Home w Home Health
**Devices/Equipment:**
**Mode of Discharge Transportation:**
**Accompanied By:** Daughter
**Discharge Arrangements:**
The status of your hospital service is Outpatient Observation: No
**Discharge Orders**

  **Arrange DME: Ambulatory** 08/02/21 10:37:00 EDT, Walker, 2-wheel, Stroke, Stop date 08/02/21 10:37:00 EDT

  **Arrange DME: Ambulatory** 08/03/21 10:31:00 EDT, Wheelchair, Standard, Gait instability, Stop date 08/03/21 10:31:00 EDT

  **Arrange DME: Orthopedic** 08/02/21 10:38:00 EDT, Hospital Bed, Semi-electric, Stroke, Stop date 08/02/21 10:38:00 EDT, Risk for pressure ulcer, bedbound

  **Arrange DME: Orthopedic** 08/02/21 10:38:00 EDT, Hoyer left with sling, Standard, Stroke, Stop date 08/02/21 10:38:00 EDT, Stroke, weakness

  **Arrange DME: Other** 08/02/21 10:38:00 EDT, Bedside commode, 3:1 Commode, Standard, Stroke, Stop date 08/02/21 10:38:00 EDT, weakness

**Arrange Home Health Services** Week to Start: 08/04/21 11:03:00 EDT, For Home Health CNA | Home Health OT Evaluate and Treat | Home Health PT Eval and Treat | RN for Medication Management | RN for Blood Pressure Management, LIP Face to Face was on: 08/02/21 10:38:00 EDT, Routine, S...

**Discharge Activity Restrictions** As Instructed by Physical Therapy, As instructed by Physical Therapy

**Discharge Diet Instruction** Fat and Cholesterol Restricted Diet

**Discharge Plans** Home with Home Health

## Medications

During the course of your visit, your medication list was updated with the most current information. The details of those changes are reflected below:

### New Medications

Publix #1236 127th Street S/C, 12850 Biscayne Blvd North Miami, FL 331812007, (305) 913 - 2276

**atorvastatin** (atorvastatin 80 mg oral tablet) 1 tab(s) Oral Daily at bedtime. Refills: 0.
Last Dose: 8/4/21 21:00

**isosorbide mononitrate** (isosorbide mononitrate 30 mg oral tablet, extended release) 1 tab(s) Oral every morning. Refills: 0.
Last Dose: 8/4/21 10:57 AM

### Medication That Were Updated - Follow Current Instructions

Publix #1236 127th Street S/C, 12850 Biscayne Blvd North Miami, FL 331812007, (305) 913 - 2276

Current **allopurinol** (allopurinol 100 mg oral tablet) 2 tab(s) Oral every day. ngiht. Refills: 0.
Last Dose: 8/4/21 10:57 AM

Current **apixaban** (Eliquis 5 mg oral tablet) 5 Milligrams Oral every 12 hours for 30 Days. Refills: 0.
Last Dose: 8/4/21 21:00

Current **carvedilol** (Coreg 12.5 mg oral tablet) 1 tab(s) Oral twice a day (with meals). Hold for systolic blood pressure less than 100 and/or heart rate less than 60. Refills: 0.
Last Dose: 8/4/21 1724

Current **dapagliflozin** (Farxiga 10 mg oral tablet) 1 tab(s) Oral every day for 30 Days. Refills: 0.
Last Dose: —

### Medications that have not changed

#### Other Medications

**albuterol (albuterol 2.5 mg/0.5 mL (0.5%) inhalation solution)** 2 Puffs Inhalation every 6 hours as needed shortness of breath.
Last Dose: _____

**fluticasone-salmeterol (Advair HFA 115 mcg-21 mcg/inh inhalation aerosol)** 2 Puffs Inhalation 2 times a day.
Last Dose: _____

**montelukast (montelukast 10 mg oral tablet)** 1 tab(s) Oral every evening.
Last Dose: _____

**pentoxifylline (pentoxifylline 400 mg oral tablet, extended release)** 1 tab(s) Oral 3 times a day.
Last Dose:  8/4/21  21:00

### No Longer Take the Following Medications

**pravastatin (pravastatin 40 mg oral tablet)** 1 tab(s) Oral every day. night.
Stop Taking Reason: Physician Request

**sacubitril-valsartan (Entresto 24 mg-26 mg oral tablet)** 1 tab(s) Oral 2 times a day.
Stop Taking Reason: Physician Request

**spironolactone (spironolactone 25 mg oral tablet)** 1 tab(s) Oral every day.
Stop Taking Reason: Physician Request

Baptist Hospital would like to thank you for allowing us to assist you with your healthcare needs.

<You have been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up Instructions:** You may have been referred to your regular doctor or a specialist, please follow up as instructed. If your condition worsens or you can't get in to see the doctor, contact the Emergency Department.

**With:**          **Address:**          **When:**

Affinity Home Healthcare

Address:

18425 Northwest 2nd Avenue

Suite 401

MIAMI GARDENS, FL
33169

MIAMI-DADE County

Phone:
(954) 782-3741

| With: | Address: | When: |
|---|---|---|
| NO PCP No PCP | | |
| PCP | | Within 1 week |
| Melo-Bicchi, Miguel Alberto MD, Neurology | 9090 SW 87 Court, Suite 200 The Neurology Group/Neuroscience Consultants, LLP Miami, FL 33176 (305) 596-2080 | Within 2 Weeks |
| Grana, Robert MD, Cardiovascular Disease | 7400 SW 87 Avenue, Suite 100 Baptist Health Medical Group Cardiology Miami, FL 33173 (786) 204-4201 | Within 2 Weeks |

Scheduled Appointments, if any, will display below

It is important to always keep an active list of your medications available so that you can share with other providers and manage your medications appropriately. If you have been instructed to stop taking a medication please ensure you follow up with your Primary Care Physician. Any specific questions regarding your medications and dosages should be discussed with your physician(s) and pharmacist.

- **albuterol (albuterol 2.5 mg/0.5 mL (0.5%) inhalation solution)** 2 Puffs Inhalation every 6 hours as needed shortness of breath.

- **allopurinol (allopurinol 100 mg oral tablet)** 2 tab(s) Oral every day. ngiht. Refills: 0.

- **apixaban (Eliquis 5 mg oral tablet)** 5 Milligrams Oral every 12 hours for 30 Days. Refills: 0.

- **atorvastatin (atorvastatin 80 mg oral tablet)** 1 tab(s) Oral Daily at bedtime. Refills: 0.

- **carvedilol (Coreg 12.5 mg oral tablet)** 1 tab(s) Oral twice a day (with meals). Hold for systolic blood pressure less than 100 and/or heart rate less than 60. Refills: 0.

- **dapagliflozin (Farxiga 10 mg oral tablet)** 1 tab(s) Oral every day for 30 Days. Refills: 0.

- **fluticasone-salmeterol (Advair HFA 115 mcg-21 mcg/inh inhalation aerosol)** 2 Puffs Inhalation 2 times a day.

- **isosorbide mononitrate (isosorbide mononitrate 30 mg oral tablet, extended release)** 1 tab(s) Oral every morning. Refills: 0.

- **montelukast (montelukast 10 mg oral tablet)** 1 tab(s) Oral every evening.

- **pentoxifylline (pentoxifylline 400 mg oral tablet, extended release)** 1 tab(s) Oral 3 times a day.

Take only the medications listed above. Contact your doctor prior to taking any medications not on this list.

**Tobacco Treatment at Discharge:**

Medication leaflets, if any, will display below

### atorvastatin
(a TOR va sta tin)

Lipitor

### What is the most important information I should know about atorvastatin?
You should not take atorvastatin if you are pregnant or breastfeeding, or if you have liver disease.

Tell your doctor about all your current medicines and any you start or stop using. **Many drugs can interact, and some drugs should not be used together.**

Atorvastatin can cause the breakdown of muscle tissue, which can lead to kidney failure. Call your doctor right away if you have unexplained muscle pain, tenderness, or weakness especially if you also have fever, unusual tiredness, or dark urine.

## What is atorvastatin?

Atorvastatin is used together with diet to lower blood levels of 'bad' cholesterol (low-density lipoprotein, or LDL), to increase levels of 'good' cholesterol (high-density lipoprotein, or HDL), and to lower triglycerides (a type of fat in the blood).

Atorvastatin is used to treat high cholesterol, and to lower the risk of stroke, heart attack, or other heart complications in people with type 2 diabetes, coronary heart disease, or other risk factors.

Atorvastatin is used in adults and children who are at least 10 years old.

Atorvastatin may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking atorvastatin?

You should not use atorvastatin if you are allergic to it, or if you have liver disease.

**Do not use if you are pregnant.** This medicine can harm an unborn baby. Use effective birth control to prevent pregnancy. Stop taking this medicine and tell your doctor at once if you become pregnant.

**Do not** breastfeed while you are taking atorvastatin.

Tell your doctor if you have ever had:
- liver problems;
- muscle pain or weakness;
- kidney disease;
- diabetes;
- a thyroid disorder; or
- if you drink more than 2 alcoholic beverages daily.

**Atorvastatin can cause the breakdown of muscle tissue, which can lead to kidney failure.** This happens more often in women, in older adults, or people who have kidney disease or poorly controlled hypothyroidism (underactive thyroid).

Atorvastatin is not approved for use by anyone younger than 10 years old.

## How should I take atorvastatin?

Follow all directions on your prescription label and read all medication guides or instruction sheets. Your doctor may occasionally change your dose. Use the medicine exactly as directed.

Take the medicine at the same time each day, with or without food.

**Do not break an atorvastatin tablet before taking it,** unless your doctor has told you to.

You may need to stop using atorvastatin for a short time if you have:
- uncontrolled seizures;
- an electrolyte imbalance (such as high or low potassium levels in your blood);
- severely low blood pressure;
- a severe infection or illness; or
- surgery or a medical emergency.

It may take up to 2 weeks before your cholesterol levels improve, and you may need frequent blood tests. Even if you have no symptoms, tests can help your doctor determine if this medicine is effective.

Atorvastatin is only part of a complete treatment program that may also include diet, exercise, and weight control. Follow your doctor's instructions very closely.

Store at room temperature away from moisture, heat, and light.

## What happens if I miss a dose?
Use the medicine as soon as you can, but skip the missed dose if you are more than 12 hours late for the dose. **Do not use two doses at one time.**

## What happens if I overdose?
Seek emergency medical attention or call the Poison Help line at 1-800-222-1222.

## What should I avoid while taking atorvastatin?
Avoid eating foods high in fat or cholesterol, or atorvastatin will not be as effective.

Avoid drinking alcohol. It can raise triglyceride levels and may increase your risk of liver damage.

Grapefruit may interact with atorvastatin and lead to unwanted side effects. **Avoid drinking more than 1 liter of grapefruit juice while taking atorvastatin.**

## What are the possible side effects of atorvastatin?
Get emergency medical help if you have **signs of an allergic reaction:** hives; difficulty breathing; swelling of your face, lips, tongue, or throat.

In rare cases, atorvastatin can cause a condition that results in the breakdown of skeletal muscle tissue, leading to kidney failure. Call your doctor right away if you have unexplained muscle pain, tenderness, or weakness especially if you also have fever, unusual tiredness, and dark colored urine.

Also call your doctor at once if you have:
- muscle weakness in your hips, shoulders, neck, and back;
- trouble lifting your arms, trouble climbing or standing;
- **liver problems**--upper stomach pain, weakness, tired feeling, loss of appetite, dark urine, jaundice (yellowing of the skin or eyes); or
- **kidney problems**--little or no urinating, swelling in your feet or ankles, feeling tired or short of breath.

Common side effects may include:
- joint pain;
- stuffy nose, sore throat;
- diarrhea; or
- pain in your arms or legs.

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect atorvastatin?
Certain other drugs can increase your risk of serious muscle problems, and it is very important that your doctor knows if you are using any of them. Tell your doctor about all your current medicines and any you start or stop using, especially:
- other cholesterol-lowering medication;
- antibiotic or antifungal medicine;
- birth control pills;
- medicine to prevent organ transplant rejection;

- heart medication; or
- medicine to treat hepatitis C or HIV.

**This list is not complete and many other drugs may affect atorvastatin.** This includes prescription and over-the-counter medicines, vitamins, and herbal products. Not all possible drug interactions are listed here.

## Where can I get more information?
Your pharmacist can provide more information about atorvastatin.

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2021 Cerner Multum, Inc. Version: 22.02. Revision Date: 02/09/2021.

**Patient Education Materials Discussed:**