MY HOME DOCTOR
1430 SOUTH DIXIE HWY
SUITE 304
CORAL GABLES, FL 33146-3159
Phone: 305-665-4437
Fax: 786-272-5719



# FAX

ATTN TO: INTEGRATED HOME HEALTH
Date: 11/30/2021
# of Pages: 7

This facsimile is for the sole use and disclosure of the intended recipient or addressee named above, and may contain confidential or privileged information protected under state and federal laws. If you are not the intended recipient, you are notified that the copying, distribution or use of this document or any of the information contained in this document, by persons other than the intended recipient, is expressly prohibited and may be subject to civil or criminal penalties under state and federal law. If you have received this document in error, please notify the sender at 305-665-4437, and then immediately discard this document and delete any electronic copies, if applicable.

Powered by:
CareCloud

**AvMed**
Performing Provider: Francisco Miguel Gonzalez APRN

myhomedoctor

**Guillermo Sanchez**, 67 yrs Male,  **DOB:** 09/22/1954
**Visit Date:** 11/18/2021 11:00AM
**Visit Location:** MY HOME DOCTOR, 1430 S DIXIE HWY STE 304, CORAL GABLES, FL 33146-3159
**Address:** 1800 Sans Souci Blvd Apt 105, North miami, Florida 33181-3031

| | | |
|---|---|---|
| **Phone (Primary):** 305-905-7154 | **NOV:** Carecomplex chronic | **SSN:** n/a |
| **Phone (Secondary):** n/a | | **Insurance:** HMO |
| **Email:** n/a | | |

##  Chief Complaint

Clinical Assessment Visit: urgent Visit

Chief Complaint(s): dizziness

## History of Present Illness

67 years old male with past medical history of HTN, diabetes type 2, A fib, COPD, obesity history of CVA with residual deficit, admitted at hospital due to during stress test he suffered CVA with right side hemiparesis and residual sequela, live with his spouse at their household, patient has at home oxygen machine, walker and hospital bed with hoyer lift, home environment is satisfactory
today complaints of vertigo and dizziness when change position, no associate of change in his blood pressure or HR, improve in resting or sitting

## Allergies / Rx / Dx / VS

**Allergies**
No known active allergies

**Medications**
**apixaban 5 mg tablet:** 2 times a day
**Farxiga 5 mg tablet:** once a day
**Singulair 10 mg tablet:** once a day
**sacubitriL 49 mg-valsartan 51 mg tablet:** 2 times a day
**allopurinoL 100 mg tablet:** 2 times a day
**Pain Reliever Extra Strength 500 mg tablet:** 2 times a day as needed
**atorvastatin 80 mg tablet:** once a day
**budesonide 0.5 mg/2 mL suspension for nebulization:** 1 vial 2 times a day for 30 days, Prescribed Date: 10/08/2021
**ipratropium bromide 0.02 % solution for inhalation:** 1 vial 4 times a day for 30 days, Prescribed Date: 10/08/2021
**meclizine 25 mg tablet:** 1 tablet 2 times a day for 7 days, Prescribed Date: 11/18/2021

**Problems**
**Advanced directives, counseling/discussion Z71.89 (V65.49):** Onset Date: 10/07/2021
**Long term current use of anticoagulant Z79.01 (V58.61):** Onset Date: 10/07/2021
**Risk for falls Z91.81 (V15.88):** Onset Date: 10/07/2021
**COPD (chronic obstructive pulmonary disease) J44.9 (496):** Onset Date: 10/07/2021
**A-fib I48.91 (427.31):** Onset Date: 10/07/2021
**HTN (hypertension) I10 (401.9):** Onset Date: 10/07/2021
**Diabetes mellitus with circulatory complication E11.59 (250.70):** Onset Date: 10/07/2021
**History of CVA with residual deficit I69.30 (438.9):** Onset Date: 10/07/2021
**BPPV (benign paroxysmal positional vertigo) H81.10 (386.11):** Onset Date: 11/18/2021

Page 1 of 5



**Vital Signs**

| Date | Pulse | SpO2 | FiO2 | BP | Resp | Temp | Height | Weight | Pain | BMI | Head Cir. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2021, 11:10 AM | 80 beats/minute | 97 % | | 142/80 mmHg | 16 breaths/minute | 96.2 F | 5 ft 7 in | 314 lbs | 0 | 49.2 | |

**Comprehensive Pain Assessment: pain assessed**; no acute pain; **chronic pain**; normal pain level by numeric rating scale (0-10); **taking medication for pain**; **symptoms controlled on current medication** ; *Qualifiers:*

**Medication Reconciliation taking medication**; medication reconciliation performed on current and discharge medication by visiting provider; **medication list reviewed for potentially harmful drug-disease interactions in the elderly** ; **medication review Done for use of high risk med(s) in elderly**;

**Med Rec: Outcome taking high-risk medication**; not taking aspirin; **aspirin use Discussion - Education Done -**; **counseling done on Medications**; patient education about medication interaction with other medication ;

## Past Medical History

See Problem List

**Colorectal Cancer Screening:** no fecal occult blood test for hemoglobin by immunologic method Result - Date:; *(Ages 50-75)*

**Cervical Cancer Screening:** *(Ages 21-64)*

**Clamydia Screening:** *(Ages 16-24)*

**Prostate Cancer Screening:** no prostate cancer;

**Breast Cancer Screening:** *(Age 50-74)*

**Osteoporosis Screening** *(Age>65 or >60 with risk factor)*

**Depression Screening: PHQ-2 Depresion Screening - Negative**;

PHQ2
During the past month, have you often been bothered by:
1. Little interest or pleasure in doing things? No
2. Feeling down, depressed or hopeless? No

**Visual Change Screening** *(Age 65+ or 60+ with risk factors)*
**Hearing Screening** no hearing loss; *(Age 50+)*
**Fall Risk Screening fall risk**; **patient screened for future fall risk high** ;
**Vaccinations:** no recent immunization for flu - Date:; no pneumococcal vaccine - Date:; *(Pneumococcal vaccine age 65+)*

## Social History

**Tobacco Use:** no previous history of smoking;
**Alcohol Use:** no history of drinking alcohol;
**Drug Use: never used drugs**;
**Sexual History** not sexually active;

## Family History

**Family History family history reviewed**; **no significant family** ;



## Health Status

**Current Diet: low sodium diet**; diet compliance; adequate caloric intake;

**DME Status: DME in home: walker**; **DME in home: wheelchair**; **DME in home: oxygen tank**; *(Age 66+)*

**Home Environment:** does not live alone; **caregiver**; living environment is satisfactory;

**Hospitalizations patient discharged from inpatient facility within last 60 days** ; previous hospitalizations; prior hospitalizations (prior 12 months);

## ACP/Dz Mgt/Other HEDIS

**Advanced Care Planning** explanation of advance directives - advanced care plan discussed with patient/caregiver because no documnetation available -;

**Access to Care** preventive medicine services - Ambulatory Health Service(has access to) - ;

## Other Disease Management

**Cardiovascular Management** blood pressure goals (age 60-85) without diabetes BP <150/90 goal met or recent Med change with past 3 months; **education and counseling on disease and treatment provided** ;

**COPD Management COPD newly diagnosed**; not with exacerbation recent episode of; **education and counseling on disease and treatment provided**; *(Age >39)*

**Depression Dysthymia Mgt** no evaluation & management : Not Applicable; *(administer once q 4 months)*

## Nephropathy

**Attention to Nephropathy** ACE inhibitor therapy prescribed, currently being taken - ARB currently being taken - ; *(age 18-75)*

**Evidence of Nephropathy** ACE inhibitor therapy prescribed, currently being taken - ARB currently being taken ; **education and counseling on disease and treatment provided;**

## Diabetes Management

**Diabetes Management** diabetic foot examination - Performed ; ACE inhibitors * currently taken ; blood pressure goals * : (age 60-85) with diabetes BP <140/90 goal met or recent Med change with past 3 months *; **education and counseling on disease and treatment provided**;

**Retinopathy Screening/Mgt *** no evaluation & management : Not Applicable;

## Functional Status (age 66+) *

**Assess Instumental Activities** able to manage one's own medications; **unable to do shopping for food/groceries**; **unable to drive**; **unable to use public transportation**; able to use the telephone by oneself; **preparation of meals independent**; **unable to do one's own housecleaning**; **unable to manage home repair** ; **unable to do one's own laundry** ; able to manage one's own money;

**Activities Daily Living** does not live independently; **not self-reliant in usual daily activities** ; **activities of daily living require assistance**; **difficulty communicating**; **difficulty feeding oneself**; **difficulty dressing**; **difficulty washing oneself**; limited



transferring capability;

**Cognitive Status** no cognitive impairment; oriented;

**Sensory Ability** no hearing loss; no degree of visual impairment; **difficulties in speech**;

**Ambulation Status homebound**; not bedbound; **wheelchair dependence**;

**Physical Activity sedentary**; **unable to engage in sports**;

**Education and Counseling functional limitations in areas of daily living**;

## Review of Systems

**Systemic Symptoms:** not tiring easily; no fever; no chills; **recent weight loss**; no recent weight gain;

**Head Symptoms:** no headache; no sinus pain;

**Eye Symptoms:** no worsening vision; no pain with eye movement; no photophobia; no red eyes;

**ENT Symptoms:** no hearing loss; no earache; no tinnitus; no epistaxis; no sore throat;

**Cardiovascular Symptoms:** no chest pain or discomfort / Pressure; no palpitations; no difficulty breathing on Excertion; no swelling of feet; no intermittent leg claudication; no cold hands or feet;

**Pulmonary Symptoms:** no difficulty breathing; no hemoptysis; no wheezing;

**GI Symptoms:** appetite not decreased; no abdominal pain; no dysphagia; no nausea; no vomiting; no diarrhea; no constipation; no hematemesis; no bright red blood per rectum;

**GU Symptoms:** no urinary incontinence; no urinary urgency; no pain during urination; no hematuria; urine odor is normal; no oliguria; no polyuria; no nocturia;

**Endocrine Symptoms:** no polyuria; no polydipsia; appetite not increased; no heat intolerance;

**Musculoskeletal Symptoms:** no back pain; no muscle aches; no arthralgias; no muscle cramps; **joint pain localized to one or more joints**; **joint swelling localized to one or more joints**; no localized joint stiffness;

**Neurological Symptoms: dizziness**; **vertigo**; no fainting; no confusion; no memory loss; **speech difficulty**; no visual disturbances; no sensory disturbances; no burning sensation (extremities); no tingling; no numbness; **limb weakness**; **paralysis**; no tremor; no seizure; no involuntary movements;

**Psychological Symptoms:** no anxiety; not depressed; no insomnia;

**Skin Symptoms:** not itching; no change in skin color / location:; no rash; no skin wound; **color and pigmentation of skin changes/ location: both legs, lack of hair**;

## Physical Exam

**General Appearance:** general appearance normal; awake; alert; NAD; oriented to time, place and person;

**Neck Exam:** no tenderness of neck; not diffusely enlarged;

**Eye Exam:** EOM normal;

**Ear Exam:** outer ear normal;

**Nose:** no nasal discharge;

**Pharyngeal Exam:** examination of pharynx normal;

**Lymph Node Exam:** no cervical lymphadenopathy; submandibular lymph nodes not enlarged; postauricular lymph nodes not enlarged;

**Lung Exam:** respiratory movements normal; lungs clear to auscultation; no decreased breath sounds; not wheezing; no rhonchi; no rales;

**Cardiovascular Exam:** heart rate and rhythm normal; no pericardial friction rub; no murmur; no carotid artery bruit; no edema;

**Abdominal Exam:** no abdominal distention; abdomen soft; no abdominal muscle guarding; no direct abdominal tenderness; no abdominal mass;

**GU Male Exam** no urethral catheter in place;

**Musculoskeletal Exam:** no limb weakness; mobility not limited /ROM; no musculoskeletal deformity; no amputation(s);

Guillermo Sanchez
67 yrs Male   DOB:09/22/1954   Visit Date: 11/18/2021 11:00AM



**Neurological Exam:** oriented; memory recall not impaired; **dysphasia or aphasia**; cranial nerves normal; **motor exam right side hemiparesism dysarthria**; **reflexes abnormal right side 3+/2**;

**Skin Exam:** normal except as noted;

## Level of Care

Time and Managment duration of the encounter 68 min including management and coordination of care ; *Time:*

*Patient Acuity:*

## Risk Strtification

MHD RSS Score hospitalization admission High risk condition score: 28;

## Assessment and Plan

1. **BPPV (benign paroxysmal positional vertigo) H81.10 (386.11):**
   11/18/2021, Acute, Unchanged

   Laterality: unspecified laterality
   - **- (Not Billable)**
     Clinical Plan
     meclizine 25 mg twice a day for 7 days
     fall precaution reinforced
     hallpike exercises recommended

2. **A-fib I48.91 (427.31):**
   Chronic, Unchanged

   Atrial fibrillation type: unspecified
   - **- (Not Billable)**
     Clinical Plan
     continue with current medication Echocardiogram
     EKG

3. **History of CVA with residual deficit I69.30 (438.9):**
   Acute, Unchanged

   - **- (Not Billable)**
     Clinical Plan
     - Risk of fall and injury prevention were addressed at this visit, giving the brief plan of care to reinforce the prevention.

4. **COPD (chronic obstructive pulmonary disease) J44.9 (496):**
   Chronic, Unchanged

   COPD type: unspecified COPD
   - **- (Not Billable)**
     Clinical Plan
     budesonide 0.5 mg/2 mL suspension for nebulization: 1 vial 2 times a day for 30 days ipratropium bromide 0.02 % solution for inhalation: 1 vial 4 times a day for 30 days

Electronically Signed By Francisco Miguel Gonzalez APRN on 11/18/21 at 06:00 PM EST

Guillermo Sanchez
67 yrs Male   DOB:09/22/1954   Visit Date: 11/18/2021 11:00AM





**My Home Doctor, LLC**
1430 South Dixie Hwy, Suite 304
Coral Gables, Florida 33146
Phone: (888) 696-4322
Fax: (786) 272-5719

---

PATIENT: GUILLERMO SANCHEZ
DOB: 09/22/1954
PHONE: (305) 905-7154
ADDRESS: 1800 SANS SOUCI BLVD APT 105
NORTH MIAMI, FL 33181
HEALTH PLAN: AVMED
ID: A5304810300

Date: 11/30/2021

 # Doctor's Orders

Home Health Rn evaluation.
Home Health Physical and Occupational Therapy evaluation and treatment.

DX
Risk for falls Z91.81
History of CVA with residual deficit I69.30
Diabetes mellitus with circulatory complication E11.59

Francisco Gonzalez APRN
NPI 1891199162